### Hugh G. DURGIN and Marion E. Durgin

### v.

### Freda ROBERTSON and Philip Kohonen.

Supreme Judicial Court of Maine.

Argued Sept. 17, 1985.

Decided Oct. 3, 1985.

Hanscom & Carey, P.A., Thomas S. Carey (orally), Rumford, for plaintiffs.

Preti, Flaherty & Beliveau, Michael J. Gentile (orally), Augusta, for defendants.

Before McKUSICK, C.J., and VIOLETTE, WATHEN and GLASSMAN, JJ.

### MEMORANDUM OF DECISION.

On appeal from the judgment of the Superior Court, Oxford County, entered upon the referee's report, plaintiffs fail to show any clear error in the findings of the referee that no right of way exists across the defendants' land by reservation, prescription, necessity or public use. *Blackmer v. Williams,* 437 A.2d 858 (Me.1981).

The entry is:

Judgment affirmed.

All concurring.